Alice Campos Mercado, Esq. (SBN # 159416)
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775)786-6868 telephone
(775) 786-9716 fax
drb@lge.net; acm@lge.net
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BRADFORD, Trustee of the Jack Sellers Trust dated May 2, 1991,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL GERBER, an individual; JILL OSWALT, an individual; LUCKY STARR RANCHING, LTD a Nevada Limited Liability Company,<br><br>Defendants. | Case No. 2:19-CV-02420-KJM-CKD<br><br>**STIPULATION AND ORDER TO PERMIT DEFENDANTS ADDITIONAL TIME TO RESPOND TO COMPLAINT (Fourth Request)** |

**IT IS HEREBY STIPULATED AND AGREED as follows:**

WHEREAS, the parties entered into a Stipulation to extend the time for Defendants to respond to Plaintiff's Complaint for the purpose of engaging in settlement discussions and possible resolution of this case; and,

WHEREAS, the Initial Pretrial Conference in this case was set for April 16, 2020, and this Court granted the parties' first request to continue the Pretrial Conference to May 14, 2020 to permit the parties to continue in settlement negotiations; and

WHEREAS, the Joint Status Report including the FRCP 26 discovery plan is due June 25, 2020; and,

WHEREAS, the Court entered an Order on April 14, 2020 granting a second extension of time and extending the time to answer or otherwise respond to Plaintiff's Complaint to May 1, 2020 and resetting the Initial Scheduling Conference for June 11, 2020 and,

1

WHEREAS, the Court entered a Minute Order on May 4, 2020 granting a third extension of time and extending the time to answer or otherwise respond to Plaintiff's Complaint to June 15, 2020, and resetting the initial Scheduling Conference for July 9, 2020;

WHEREAS, the parties are still continuing with settlement negotiations in this case, including valuation of the subject property and finalizing settlement terms; however, the present COVID-19 pandemic has affected the parties' ability to obtain timely appraisals and inspections;

WHEREAS counsel for all parties stipulate and agree that additional time is needed for the Plaintiff to allow the parties to finalize settlement negotiations, which is expected to resolve the claims made herein;

THEREFORE, based on the above, the parties stipulate to and respectfully request that this Court allow Defendants an additional sixty (60) days to file an answer or otherwise respond to the Complaint, up to and including August 14, 2020.

In light of this requested extension for Defendants to file a response to the Complaint, the parties also request that the Status (Pretrial Scheduling Conference) and deadline for the Joint Status Report be reset, for a date to be determined by this Court.

Dated: June 5, 2020                                     THE BURTON LAW FIRM

*s/ John S. Knowlton*
John S. Knowlton
Attorneys for Plaintiff,
CHRISTOPHER BRADFORD

Dated: June 3, 2020                                     *s/ Alice Campos Mercado*
Alice Campos Mercado
SBN 159416
Attorneys for Defendants
MICHAEL GERBER, JILL OSWALT
and LUCKY STARR RANCHING, LTD.

**ORDER**

The Court has reviewed the above stipulation by counsel regarding the allowance of additional time for the Defendants to respond to Plaintiff's Complaint and to reset the Status (Pretrial Scheduling) Conference in order for the parties to continue settlement negotiations.

WHEREFORE, good cause having been found pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the time for Defendants to answer or to otherwise respond to Plaintiff's Complaint shall be August 14, 2020.

IT IS FURTHER ORDERED that the Status (Pretrial Scheduling) Conference set for July 9, 2020 at 2:30 p.m. is hereby vacated, and is rescheduled to Thursday September 3, 2020, at 2:30 p.m. in Courtroom Three.

**IT IS SO ORDERED.**

DATED:  June 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE