UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Bradford, Trustee of the Jack Sellers Trust dated May 2, 1991,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Gerber, et al.,<br><br>    Defendants. | No. 2:19-cv-02420-KJM-CKD<br><br>ORDER |

The parties have stipulated to and received many extensions of time to finalize a settlement agreement in this action. *See* Stip. & Proposed Order, ECF No. 23. On the court's own motion, **a status conference is set for February 25, 2021 at 2:30 p.m.** to discuss the progress of the parties' settlement negotiations and the resolution of this action. All other dates and deadlines are **vacated**.

IT IS SO ORDERED.

DATED: February 22, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1