Douglas R. Brown, Esq. (NSB #7620)*(Pro Hac Vice)*
Lemons, Grundy & Eisenberg
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775)786-6868 telephone
(775) 786-9716 fax
drb@lge.net
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BRADFORD, Trustee of the Jack Sellers Trust dated May 2, 1991, <br><br>        Plaintiff, <br><br>    vs. <br><br> MICHAEL GERBER, an individual; JILL OSWALT, an individual; LUCKY STARR RANCHING, LTD a Nevada Limited Liability Company, <br><br>        Defendants. | Case No. 2:19-CV-02420-KJM-CKD <br><br> **STIPULATION AND ORDER TO CONTINUE THE JOINT STATUS REPORT DEADLINE AND THE JULY 16, 2021 SCHEDULING CONFERENCE** |

**IT IS HEREBY STIPULATED AND AGREED** as follows:

This lawsuit was commenced on December 23, 2019 by Chris Bradford, Trustee of the Jack Sellers Trust dated May 2, 1991. Since the date of the filing of the lawsuit, the parties have been actively engaged on resolution of the lawsuit and, have entered into several previous stipulations to stay the lawsuit in order to avoid the expense of litigation for both parties. (See ECF Nos. 5 through 23).

On February 25, 2021, this Court issued a Minute Order directing the defendants to file a responsive pleading on or before May 26, 2021 (ECF 25). Although the parties were in the process of finalizing the settlement, in an effort to comply with the Court's Minute Order, defendants filed a motion to dismiss on May 26, 2021 (ECF 30).

Since the filing of the motion to dismiss, the parties have continued their efforts

towards resolution, including the identification of the parcel to be exchanged, retention of a surveyor to assist with determining legal descriptions for the land, and the easement that crosses several other parcels of land and terminates on U.S. Forest Service land.

As of the date of this Stipulation, the parties are in the final stage of settling this matter. The settlement is taking longer than anticipated because the parties have had to consult with and engage real estate professionals, licensed surveyors, and counsel to effectuate the settlement. The parties are in the final stages of settlement and have prepared and circulated: (1) a revised settlement agreement; (2) a Grant Bargain and Sale Deed; and (3) an Easement Grant. Plaintiff has also obtained a title commitment from an insurer and is prepared to open a joint escrow account to effectuate the settlement between the parties.

Given that the parties are in the final stages of consummating the settlement of this matter, and seek to avoid expending additional legal expenses, the parties hereby stipulate to continue the deadline to file the Joint Status Report (due July 2, 2021) and Status Conference (July 16, 2021) as follows:

> **Deadline to file the Joint Status Report:** **August 6, 2021**
>
> **Status (Pretrial Scheduling) Conference:** **August 20, 2021**

///
///
///
///
///
///
///
///
///
///
///
///

THEREFORE, the parties stipulate to and respectfully request that this Court continue the Status (Pretrial Scheduling) Conference currently scheduled for July 16, 2021 to August 20, 2021, and to continue the deadline to file a Joint Status Report from July 2, 2021 to August 6, 2021.

Dated: June 22, 2021.                                    THE BURTON LAW FIRM


                                                         _/s/ John S. Knowlton_____
                                                         John S. Knowlton
                                                         Attorneys for Plaintiff,
                                                         CHRISTOPHER BRADFORD


Dated: June 22, 2021.                                    LEMONS, GRUNDY & EISENBERG



                                                         _/s/ Douglas R. Brown_____
                                                         Douglas R. Brown, Esq. (*Pro Hac Vice*)
                                                         Nevada State Bar No. 7620
                                                         Attorneys for Defendants
                                                         MICHAEL GERBER, JILL OSWALT
                                                         and LUCKY STARR RANCHING, LTD.

## <u>ORDER</u>

The Court has reviewed the above stipulation by counsel regarding the stay of the Joint Status Report and to reset the Status (Pretrial Scheduling) Conference in order for the parties to finalize and effectuate the terms of the settlement. Good cause having been found pursuant to the stipulation of the parties,

**IT IS HEREBY ORDERED** that the deadline to file a Joint Status Report be continued from July 2, 2021 to August 5, 2021.

**IT IS FURTHER ORDERED** that the Status (Pretrial Scheduling) Conference presently set for July 16, 2021, at 2:30 p.m. is hereby vacated, and shall be rescheduled to August 19, 2021, as August 20, 2021 is not an available status conference date.

**IT IS SO ORDERED.**

Dated: June 30, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE